IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN CUMMINGS,

    Petitioner,           No. CIV S-10-2657 DAD P

    vs.

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

    Respondents.        ORDER

_____/

    On March 8, 2011, the court dismissed petitioner's application for a writ of habeas corpus and granted him thirty days leave to file an amended petition. The thirty day period has now expired, and petitioner has not filed an amended petition or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 27, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cumm2657.fta

1