IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN CUMMINGS,

    Petitioner,                   No. 2:10-cv-2657 JAM DAD P

    vs.

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA,

    Respondent.                 <u>ORDER</u>

                               /

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2012, judgment was entered denying the petition and this case was closed. On July 9, 2012, petitioner filed a document in which he argues that his petition for federal habeas relief should have been granted. The court will liberally construe petitioner's July 9, 2012 filing as a notice of appeal from the judgment entered by this court.

/////

/////

/////

/////

Accordingly, IT IS ORDERED that the Clerk of Court process petitioner's July 9, 2012 filing as a notice of appeal to the United States Court of Appeals for the Ninth Circuit of the June 29, 2012 judgment in this case.

DATED: July 31, 2012.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
cummings2657.appeal